1  VINCENT CASTILLO, State Bar No. 209298
   vcastillo@cmtrlaw.com
2  ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
   aklein@cmtrlaw.com
3  CASTILLO, MORIARTY, ROBINSON LLP
   75 Southgate Avenue
4  Daly City, CA 94015
   Telephone:    (415) 213-4098
5
   Attorneys for Defendants
6  NATIONAL RAILROAD PASSENGER CORPORATION
   dba AMTRAK and UNION PACIFIC RAILROAD
7  COMPANY

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | CARMEN HERNANDEZ, an individual,     | Case No.

12 |              Plaintiff,              | **NOTICE OF REMOVAL BY DEFENDANT
                                            NATIONAL RAILROAD PASSENGER
13 |        v.                            | CORPORATION DBA AMTRAK**

14 | NATIONAL RAILROAD PASSENGER
     CORPORATION, d/b/a AMTRAK; UNION
15 | PACIFIC RAILROAD; and DOES 1
     through 50 inclusive,
16
                  Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

CASTILLO MORIARTY ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015

Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba Amtrak ("Defendant") alleges as follows:

1.      On October 23, 2025, Plaintiff CARMEN HERNANDEZ ("Plaintiff") filed the Complaint in the Superior Court of the State of California, County of Contra Costa, entitled *Carmen Hernandez v. National Railroad Passenger Corporation d/b/a Amtrak ,et al.,* Case No. C25-03116. A true and correct copy of that unverified Complaint is attached hereto as **Exhibit A**.

2.      The Summons and Complaint were served upon Defendant Amtrak on December 5, 2025. Plaintiff alleges she was injured on July 13, 2024, when she was struck by an Amtrak train, and she brings causes of action for (1) negligence and (2) premises liability.

3.      On December 30, 2025, Defendant Amtrak submitted for filing an Answer to Plaintiff's Complaint in the Superior Court for the County of Contra Costa. A true and correct copy of that Answer is attached hereto as **Exhibit B**.

4.      On December 30, 2025, Defendant Union Pacific Railroad Company submitted for filing an Answer to Plaintiff's Complaint in the Superior Court for the County of Contra Costa. A true and correct copy of that Answer is attached hereto as **Exhibit C**.

5.      This Court has original jurisdiction over plaintiff's claims against Amtrak under 28 U.S.C. § 1331 because Amtrak was incorporated by an Act of Congress, 45 U.S.C. § 501, *et seq.*, and because the United States of America owns more than 50% of Amtrak's capital stock. 28 U.S.C. § 1349; *Vasquez v. N. Cty. Transit Dist.*, 292 F.3d 1049, 1060 (9th Cir. 2002).

6.      The removal of this action to this Court is proper under 28 U.S.C. § 1441(a) because this is a civil action over which the district courts of the United States have original jurisdiction, and this Court embraces the location in which the state action is pending.

7.      Unidentified defendants sued as "Does" need not join in a Notice of Removal. *Fristoe v. Reynolds Metals Co.*, 615 F.2d 1209, 1313 (9th Cir. 1980).

8.      Thus, this Notice of Removal is timely and proper.

/ / /

/ / /

/ / /

NOTICE OF REMOVAL BY
DEFENDANT AMTRAK

CASTILLO MORIARTY ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015

1    9.    A copy of the Notice of Removal to Federal Court that will be filed with the

2  Contra Costa County Superior Court is attached hereto as **Exhibit D**.

3

4  Dated:  December 30, 2025                    CASTILLO, MORIARTY, ROBINSON LLP

5
                                              By:  _/s/ Alexei Offill-Klein_____
6                                                  VINCENT CASTILLO
                                                   ALEXEI N. OFFILL-KLEIN
7                                                  Attorneys for Defendants
                                                   NATIONAL RAILROAD PASSENGER
8                                                  CORPORATION dba AMTRAK and UNION
                                                   PACIFIC RAILROAD COMPANY
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASTILLO MORIARTY ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015

NOTICE OF REMOVAL BY
DEFENDANT AMTRAK

# EXHIBIT A

SHANT A. KARNIKIAN (SBN 285048)
sk@kbklawyers.com
HRAG H. KOUYOUMJIAN (SBN 288684)
hk@kbklawyers.com
MATT SAHAK (SBN 310624)
ms@kbklawyers.com
**KABATECK LLP**
633 West 5th Street, Suite 3200
Los Angeles, CA 90071
Tel: 213-217-5000

*Attorneys for Plaintiff*

SUMMONS ISSUED

Per local Rule, This case is assigned to
Judge Douglas, Danielle K, for all purposes.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF CONTRA COSTA

| | |
|---|---|
| CARMEN HERNANDEZ, an individual, | **Case No.**   C25-03116 |
| Plaintiff | **COMPLAINT FOR DAMAGES FOR:** |
| v. | 1.   **NEGLIGENCE** |
| NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK; UNION PACIFIC RAILROAD COMPANY; and DOES 1 through 50, inclusive | 2.   **PREMESIS LIABILITY (NEGLIGENCE)** |
| Defendants | **DEMAND FOR JURY TRIAL** |

Plaintiff CARMEN HERNANDEZ, hereby submits this Complaint for Damages and, by and through Plaintiff's counsel of record, alleges, based on information and belief, as follows:

**THE PARTIES**

1.    Plaintiff CARMEN HERNANDEZ ("Plaintiff") is, and at all relevant times was, a resident of Richmond, Contra Costa County, California.

2.    Defendant NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK ("Amtrak"), was and is a duly organized and an existing corporation doing business in the State of California and other states; and was at all times material, and is now, engaged in the business of a common carrier by railroad and interstate commerce in the State of California.

3.    Defendant UNION PACIFIC RAILROAD COMPANY ("Union Pacific") was and is a corporation authorized to and doing business in California, and at all relevant times owned, operated, managed, and/or controlled the tracks, right-of-way, and premises where the incident described herein occurred, and at all relevant times to this complaint, did business throughout the State of California, including, but not limited to, Conta Costa County, and have their Western Regional Office in Placer County, and their national office in Omaha, Nebraska.

4.    The true names and capacities of DOES 1 through 50, inclusive, are unknown to Plaintiff, who therefore sues these defendants by fictitious names. Plaintiff is informed and believes, and thereon alleges, that each of the DOE Defendants is responsible in some manner for the occurrences alleged herein.

**JURISDICTION AND VENUE**

5.    Jurisdiction is proper in Contra Costa County Superior Court of the State of California pursuant to California Code of Civil Procedure § 410.10, because, among other reasons, the Defendants' negligent and illegal conduct, and other related transactions and occurrences giving rise to this Complaint, took place in substantial part in Contra Costa County, California, and Plaintiff resides in Contra Costa County, California, and the amount in controversy exceeds the jurisdictional minimum of this Court.

6.    Venue is proper in Contra Costa County because the incident occurred in Richmond, California, within this County.

**GENERAL ALLEGATIONS**

7.      On July 13, 2024, Plaintiff was lawfully walking in the vicinity of Espee Ave. and 21st Street in Richmond, California, near an area where fencing and gates separating pedestrians from active railroad tracks were missing and broken.

8.      On information and belief, Defendants Amtrak and Union Pacific knew, or in the exercise of reasonable care should have known, that this area was commonly used by neighborhood residents as a pedestrian crossing due to the long-standing failure to maintain adequate fencing, gates, and barriers in that area.



9.      At approximately 5:30 p.m., Amtrak Train 738, operated eastbound on Union Pacific's Martinez Subdivision at or near Milepost 11.73, struck Plaintiff as she attempted to cross the tracks.

10.     On information and belief, had the driver of the train been paying attention to the tracks and exercising reasonable care, he would have been able to stop the train before it struck Plaintiff.

11.     Plaintiff sustained catastrophic injuries, including a fractured pelvis, fractures to all fingers on her right hand, a dislocated elbow, a skull laceration, and spinal fracture. She was

1    airlifted to John Muir Hospital in Walnut Creek, California.

2        12.    She remains permanently disabled, requiring nursing-home care, feeding

3    assistance, and constant medical supervision.

4        13.    Despite prior incidents, reports, notice, and the obvious risk of harm, Defendants

5    failed to repair the broken fencing and failed to implement reasonable pedestrian-safety measures

6    to prevent foreseeable injuries.

7                            **FIRST CAUSE OF ACTION**

8                                **Negligence**

9                            **(Against All Defendants)**

10        14.    Plaintiff incorporates the preceding paragraphs as though fully set forth herein.

11        15.    Defendants owed Plaintiff a duty to operate trains with reasonable care, to

12    maintain their tracks and rights-of-way in a safe condition, and to protect foreseeable pedestrians

13    from harm.

14        16.    Defendants breached these duties by, among other things:

15            a.    Operating a train at high speed through a residential area with known

16                pedestrian traffic;

17            b.    Operating a train at high speed through a residential area with known

18                pedestrian traffic while not paying attention to the tracks;

19            c.    Failing to maintain fencing, gates, and barriers to prevent pedestrian

20                access;

21            d.    Failing to implement reasonable safety measures despite knowledge of

22                recurring trespass and community use of the crossing;

23            e.    Failing to adequately warn Plaintiff of the danger.

24        17.    As a direct and proximate result of Defendants' negligence, Plaintiff suffered

25    catastrophic injuries and resulting damages including past and future medical expenses, loss of

26    earnings and earning capacity, pain and suffering, and loss of enjoyment of life.

27

28

1

**SECOND CAUSE OF ACTION**

2

**Premises Liability (Negligence)**

3

**(Against Union Pacific and Amtrak as Premises Controllers)**

4       18.    Plaintiff incorporates the preceding paragraphs as though fully set forth herein.

5       19.    At all relevant times, Defendants owned, leased, occupied, operated, managed,

6    and/or controlled the premises where Plaintiff was injured.

7       20.    Defendants negligently maintained the premises in a dangerous and defective

8    condition by failing to repair a known breach in the fencing, allowing uncontrolled pedestrian

9    access to active railroad tracks, and failing to post adequate warnings.

10      21.    The dangerous condition created an attractive nuisance and a foreseeable risk of

11   serious injury to members of the public, including Plaintiff.

12      22.    As a direct and proximate result, Plaintiff suffered the injuries and damages

13   described above.

14

**PRAYER FOR RELIEF**

15      23.    WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them,

16   as follows:

17               a.    For general damages in an amount to be proven at trial;

18               b.    For special damages, including medical expenses and loss of earnings,

19          according to proof;

20               c.    For future medical care and related expenses;

21               d.    For costs of suit incurred herein;

22               e.    For prejudgment interest as allowed by law;

23               f.    For such other and further relief as the Court deems just and proper.

24   Dated:  October 23, 2025            **KABATECK LLP**

25

26                                      By:  _____

27                                           Shant A. Karnikian
                                             Hrag H. Kouyoumjian
                                             Matt Sahak
28                                           *Attorneys for Plaintiff*

1

## DEMAND FOR JURY TRIAL

2          Plaintiff hereby demands trial by jury on all issues so triable.

3

4

5   Dated:  October 23, 2025                    **KABATECK LLP**

6

7                                      By:  _____

8                                            Shant A. Karnikian
                                             Hrag H. Kouyoumjian
9                                            Matt Sahak
                                             *Attorneys for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT**

# EXHIBIT B

VINCENT CASTILLO, State Bar No. 209298
vcastillo@cmtrlaw.com
ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
aklein@cmtrlaw.com
CASTILLO, MORIARTY, ROBINSON LLP
75 Southgate Avenue
Daly City, CA  94015
Telephone:     (415) 213-4098

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION
dba AMTRAK and UNION PACIFIC RAILROAD
COMPANY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF CONTRA COSTA

| | |
|---|---|
| CARMEN HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK; UNION PACIFIC RAILROAD; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. C25-03116<br><br>**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION DBA AMTRAK'S ANSWER TO COMPLAINT**<br><br><br>Action Filed:     October 23, 2025<br>Trial Date:     None Set |

*CASTILLO MORIARTY ROBINSON LLP*
*75 Southgate Ave*
*Daly City, CA 94015*

Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba Amtrak ("Defendant") answers the complaint of Plaintiff CARMEN HERNANDEZ ("Plaintiff") as follows:

## **GENERAL DENIAL**

In answering Plaintiff's complaint, Defendant denies every allegation contained therein and denies that by reason of any act or omission by Defendant, its agents, or independent contractors, that Plaintiff was injured or damaged in any sum, or at all.

## **AFFIRMATIVE DEFENSES**

1.      As a first affirmative defense to each cause of action in the complaint, Defendant alleges the complaint fails to state facts sufficient to constitute a cause of action against the answering Defendant.

2.      As a second affirmative defense to each cause of action in the complaint, Defendant alleges Plaintiff's own negligence caused or contributed to her injuries.

3.      As a third affirmative defense to each cause of action in the complaint, Defendant alleges other individuals or entities may have been negligent or otherwise responsible for injury to Plaintiff. If liability is assessed against Defendant, which liability is denied, Defendant is liable only to the extent of its proportional fault, if any.

4.      As a fourth affirmative defense to each cause of action in the complaint, Defendant alleges some or all of Plaintiff's claims are preempted by federal law, regulations, and/or codes, including but not limited to the Federal Railroad Safety Act, 49 U.S.C. § 20101, *et seq.*

5.      As a fifth affirmative defense to each cause of action in the complaint, Defendant alleges Plaintiff failed to mitigate her damages, if any there be.

WHEREFORE, Defendant prays for judgment as follows:

1.      In favor of Defendant on all causes of action in the complaint.

2.      For Defendant's costs of suit incurred herein; and

3.      For such other relief as should be granted.

/ / /

/ / /

CASTILLO MORIARTY ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015

1

1   Dated:  December 30, 2025                    CASTILLO,  MORIARTY, ROBINSON, LLP

2

3                                               By: _____
                                                     VINCENT CASTILLO
4                                                    ALEXEI N. OFFILL-KLEIN
                                                     Attorneys for Defendants
5                                                    NATIONAL RAILROAD PASSENGER
                                                     CORPORATION dba AMTRAK and UNION
6                                                    PACIFIC RAILROAD COMPANY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CASTILLO MORIARTY ROBINSON LLP**
75 Southgate Ave
Daly City, CA 94015

2

1

PROOF OF SERVICE

2

3        I am a resident of the State of California, over 18 years of age and not a party to the
within action. I am employed in the County of San Mateo; my business address is: 75 Southgate
4        Ave, Daly City, CA 94015. On December 30, 2025, I served the within:

5        **DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION DBA AMTRAK'S
ANSWER TO PLAINTIFF'S COMPLAINT**

6        on all parties in this action, as addressed below, by causing a true copy thereof to be distributed
as follows:

7

| | |
|---|---|
| Shant A. Karnikian<br>Hrag H. Kouyoumijan<br>Matt Sahak<br>Kabateck LLP<br>633 West 5th Street, Suite 3200<br>Los Angeles, CA 90071 | T: (213) 217-5000<br><br>Email: sk@kbklawyers.com;<br>hk@kbklawyers.com;<br>ms@kbklawyers.com |

8

9

10

11

12

13    ☒    By E-Mail or Electronic Transmission:  Based on a court order or an agreement of the
parties to accept service by email or electronic transmission, I caused the documents to be sent to the
14    persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the
transmission, any electronic message or other indication that the transmission was unsuccessful.

15    ☒    I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

16

17        Executed on December 30, 2025, at San Francisco, California.

18

19                                                Yesenia Sanchez

20

21

22

23

24

25

26

27

28

CASTILLO MORIARTY ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015

# EXHIBIT C

VINCENT CASTILLO, State Bar No. 209298
vcastillo@cmtrlaw.com
ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
aklein@cmtrlaw.com
CASTILLO, MORIARTY, ROBINSON LLP
75 Southgate Avenue
Daly City, CA  94015
Telephone:      (415) 213-4098

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION
dba AMTRAK and UNION PACIFIC RAILROAD
COMPANY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF CONTRA COSTA

| | |
|---|---|
| CARMEN HERNANDEZ, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION, d/b/a AMTRAK;<br>UNION PACIFIC RAILROAD; and DOES<br>1 through 50 inclusive,<br><br>    Defendants. | Case No. C25-03116<br><br>**DEFENDANT UNION PACIFIC RAILROAD**<br>**COMPANY'S ANSWER TO COMPLAINT**<br><br><br>Action Filed:  October 23, 2025<br>Trial Date:  None Set |

CASTILLO MORIARTY ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015

Defendant UNION PACIFIC RAILROAD COMPANY ("Defendant") answers the complaint of Plaintiff CARMEN HERNANDEZ ("Plaintiff") as follows:

## GENERAL DENIAL

In answering Plaintiff's complaint, Defendant denies every allegation contained therein and denies that by reason of any act or omission by Defendant, its agents, or independent contractors, that Plaintiff was injured or damaged in any sum, or at all.

## AFFIRMATIVE DEFENSES

1. As a first affirmative defense to each cause of action in the complaint, Defendant alleges the complaint fails to state facts sufficient to constitute a cause of action against the answering Defendant.

2. As a second affirmative defense to each cause of action in the complaint, Defendant alleges Plaintiff's own negligence caused or contributed to her injuries.

3. As a third affirmative defense to each cause of action in the complaint, Defendant alleges other individuals or entities may have been negligent or otherwise responsible for injury to Plaintiff. If liability is assessed against Defendant, which liability is denied, Defendant is liable only to the extent of its proportional fault, if any.

4. As a fourth affirmative defense to each cause of action in the complaint, Defendant alleges some or all of Plaintiff's claims are preempted by federal law, regulations, and/or codes, including but not limited to the Federal Railroad Safety Act, 49 U.S.C. § 20101, *et seq.*

5. As a fifth affirmative defense to each cause of action in the complaint, Defendant alleges Plaintiff failed to mitigate her damages, if any there be.

WHEREFORE, Defendant prays for judgment as follows:

1. In favor of Defendant on all causes of action in the complaint.

2. For Defendant's costs of suit incurred herein; and

3. For such other relief as should be granted.

/ / /

/ / /

/ / /

CASTILLO MORIARTY ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015

1

1    Dated:  December 30, 2025                CASTILLO,  MORIARTY, ROBINSON, LLP

2

3                                            By: _____
                                             VINCENT CASTILLO
4                                            ALEXEI N. OFFILL-KLEIN
                                             Attorneys for Defendants
5                                            NATIONAL RAILROAD PASSENGER
                                             CORPORATION dba AMTRAK and UNION
6                                            PACIFIC RAILROAD COMPANY

7

8

9

10

CASTILLO MORIARTY ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

I am a resident of the State of California, over 18 years of age and not a party to the within action. I am employed in the County of San Mateo; my business address is: 75 Southgate Ave, Daly City, CA 94015. On December 30, 2025, I served the within:

**DEFENDANT UNION PACIFIC RAILROAD COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

| | |
|---|---|
| Shant A. Karnikian<br>Hrag H. Kouyoumijan<br>Matt Sahak<br>Kabateck LLP<br>633 West 5th Street, Suite 3200<br>Los Angeles, CA 90071 | T: (213) 217-5000<br><br>Email: sk@kbklawyers.com;<br>hk@kbklawyers.com;<br>ms@kbklawyers.com |

☒    **By E-Mail or Electronic Transmission:**  Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 30, 2025, at San Francisco, California.

Yesenia Sanchez

CASTILLO MORIARTY ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015

# EXHIBIT D

VINCENT CASTILLO, State Bar No. 209298
vcastillo@cmtrlaw.com
ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
aklein@cmtrlaw.com
CASTILLO, MORIARTY, ROBINSON LLP
75 Southgate Avenue
Daly City, CA 94015
Telephone:    (415) 213-4098

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION
dba AMTRAK and UNION PACIFIC RAILROAD
COMPANY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF CONTRA COSTA

| | |
|---|---|
| CARMEN HERNANDEZ, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK; UNION PACIFIC RAILROAD; and DOES 1 through 50 inclusive,<br><br>          Defendants. | Case No. C25-03116<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT**<br><br><br>Action Filed:   October 23, 2025<br>Trial Date:     None Set |

*CASTILLO MORIARTY ROBINSON LLP*
75 Southgate Ave
Daly City, CA 94015

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba Amtrak ("Defendant") has filed a Notice of Removal of the above-captioned action, a copy of which is attached hereto as Exhibit 1, with the United States District Court for the Northern District of California.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. §1446(b), the filing of said Notice in the United States District Court, together with the filing of said Notice in this Court, effects the removal of this action, and the above-captioned Court may proceed no further unless and until the case has been remanded.

Dated:  December 30, 2025                CASTILLO,  MORIARTY, ROBINSON, LLP

By: _____
VINCENT CASTILLO
ALEXEI N. OFFILL-KLEIN
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and UNION
PACIFIC RAILROAD COMPANY

CASTILLO MORIARTY ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015

1

# EXHIBIT 1

1   VINCENT CASTILLO, State Bar No. 209298
    vcastillo@cmtrlaw.com
2   ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
    aklein@cmtrlaw.com
3   CASTILLO, MORIARTY, ROBINSON LLP
    75 Southgate Avenue
4   Daly City, CA  94015
    Telephone:     (415) 213-4098
5
    Attorneys for Defendants
6   NATIONAL RAILROAD PASSENGER CORPORATION
    dba AMTRAK and UNION PACIFIC RAILROAD
7   COMPANY

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  CARMEN HERNANDEZ, an individual,        Case No.

12             Plaintiff,                   **NOTICE OF REMOVAL BY DEFENDANT**
                                            **NATIONAL RAILROAD PASSENGER**
13        v.                                **CORPORATION DBA AMTRAK**

14  NATIONAL RAILROAD PASSENGER
    CORPORATION, d/b/a AMTRAK; UNION
15  PACIFIC RAILROAD; and DOES 1
    through 50 inclusive,
16
               Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

*CASTILLO MORIARTY ROBINSON LLP*
*75 Southgate Ave*
*Daly City, CA 94015*

NOTICE OF REMOVAL BY
DEFENDANT AMTRAK

1    Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba Amtrak

2    ("Defendant") alleges as follows:

3    1.    On October 23, 2025, Plaintiff CARMEN HERNANDEZ ("Plaintiff") filed the

4    Complaint in the Superior Court of the State of California, County of Contra Costa, entitled

5    *Carmen Hernandez v. National Railroad Passenger Corporation d/b/a Amtrak ,et al.,* Case No.

6    C25-03116. A true and correct copy of that unverified Complaint is attached hereto as **Exhibit A**.

7    2.    The Summons and Complaint were served upon Defendant Amtrak on December

8    5, 2025. Plaintiff alleges she was injured on July 13, 2024, when she was struck by an Amtrak

9    train, and she brings causes of action for (1) negligence and (2) premises liability.

10    3.    On December 30, 2025, Defendant Amtrak submitted for filing an Answer to

11    Plaintiff's Complaint in the Superior Court for the County of Contra Costa. A true and correct

12    copy of that Answer is attached hereto as **Exhibit B**.

13    4.    On December 30, 2025, Defendant Union Pacific Railroad Company submitted for

14    filing an Answer to Plaintiff's Complaint in the Superior Court for the County of Contra Costa. A

15    true and correct copy of that Answer is attached hereto as **Exhibit C**.

16    5.    This Court has original jurisdiction over plaintiff's claims against Amtrak under

17    28 U.S.C. § 1331 because Amtrak was incorporated by an Act of Congress, 45 U.S.C. § 501, *et*

18    *seq.*, and because the United States of America owns more than 50% of Amtrak's capital stock.

19    28 U.S.C. § 1349; *Vasquez v. N. Cty. Transit Dist.*, 292 F.3d 1049, 1060 (9th Cir. 2002).

20    6.    The removal of this action to this Court is proper under 28 U.S.C. § 1441(a)

21    because this is a civil action over which the district courts of the United States have original

22    jurisdiction, and this Court embraces the location in which the state action is pending.

23    7.    Unidentified defendants sued as "Does" need not join in a Notice of Removal.

24    *Fristoe v. Reynolds Metals Co.*, 615 F.2d 1209, 1313 (9th Cir. 1980).

25    8.    Thus, this Notice of Removal is timely and proper.

26    / / /

27    / / /

28    / / /

CASTILLO MORIARTY ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015

NOTICE OF REMOVAL BY
DEFENDANT AMTRAK

1    9.    A copy of the Notice of Removal to Federal Court that will be filed with the

2    Contra Costa County Superior Court is attached hereto as **Exhibit D**.

3

4    Dated:  December 30, 2025                    CASTILLO, MORIARTY, ROBINSON LLP

5

6                                By: ___*/s/ Alexei Offill-Klein*_____
                                     VINCENT CASTILLO
                                     ALEXEI N. OFFILL-KLEIN
7                                    Attorneys for Defendants
                                     NATIONAL RAILROAD PASSENGER
8                                    CORPORATION dba AMTRAK and UNION
                                     PACIFIC RAILROAD COMPANY

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASTILLO MORIARTY ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015

2

CASTILLO MORIARTY ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015

CERTIFICATE OF SERVICE

I am a resident of the State of California, over 18 years of age and not a party to the within action. I am employed in the County of San Mateo; my business address is: 75 Southgate Ave, Daly City, CA 94015. On December 30, 2025, I served the within:

**NOTICE OF REMOVAL BY DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION DBA AMTRAK**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

| | |
|---|---|
| Shant A. Karnikian<br>Hrag H. Kouyoumijan<br>Matt Sahak<br>Kabateck LLP<br>633 West 5th Street, Suite 3200<br>Los Angeles, CA 90071 | T: (213) 217-5000<br><br>Email: sk@kbklawyers.com;<br>hk@kbklawyers.com;<br>ms@kbklawyers.com |

☒    **By E-Mail or Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒    I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on December 30, 2025, at San Francisco, California.

_____
Yesenia Sanchez

PROOF OF SERVICE

I am a resident of the State of California, over 18 years of age and not a party to the within action. I am employed in the County of San Mateo; my business address is: 75 Southgate Ave, Daly City, CA 94015. On December 30, 2025, I served the within:

**NOTICE OF REMOVAL TO FEDERAL COURT**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

| | |
|---|---|
| Shant A. Karnikian<br>Hrag H. Kouyoumijan<br>Matt Sahak<br>Kabateck LLP<br>633 West 5th Street, Suite 3200<br>Los Angeles, CA 90071 | T: (213) 217-5000<br><br>Email: sk@kbklawyers.com;<br>hk@kbklawyers.com;<br>ms@kbklawyers.com |

☒  **By E-Mail or Electronic Transmission:**  Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 30, 2025, at San Francisco, California.

_____
Yesenia Sanchez

PROOF OF SERVICE

CASTILLO MORIARTY ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015

CERTIFICATE OF SERVICE

I am a resident of the State of California, over 18 years of age and not a party to the within action. I am employed in the County of San Mateo; my business address is: 75 Southgate Ave, Daly City, CA 94015. On December 30, 2025, I served the within:

**NOTICE OF REMOVAL BY DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION DBA AMTRAK**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

| | |
|---|---|
| Shant A. Karnikian<br>Hrag H. Kouyoumijan<br>Matt Sahak<br>Kabateck LLP<br>633 West 5th Street, Suite 3200<br>Los Angeles, CA 90071 | T: (213) 217-5000<br><br>Email: sk@kbklawyers.com;<br>hk@kbklawyers.com;<br>ms@kbklawyers.com |

☒　**By E-Mail or Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒　I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on December 30, 2025, at San Francisco, California.

Yesenia Sanchez

CASTILLO MORIARTY ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015