United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>Defendants. | Case No.  25-cv-11073-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on April 7, 2026.  Having considered the parties' proposals, *see* Dkt. No. 15, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | October 16, 2026 |
| Close of Fact Discovery | January 15, 2027 |
| Exchange of Opening Expert Reports | February 1, 2027 |
| Exchange of Rebuttal Expert Reports | February 15, 2027 |
| Close of Expert Discovery | March 1, 2027 |
| Dispositive Motion Hearing Deadline | April 15, 2027, at 2:00 p.m. |
| Pretrial Conference | July 13, 2027, at 3:00 p.m. |
| Jury Trial (5 days) | July 26, 2027, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This order **TERMINATES** Dkt. No. 15.

  **IT IS SO ORDERED.**

Dated:  4/15/2026

                                  _____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California