# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Carmen Hernandez

       Plaintiff(s)

v.

National Railroad Passenger Corp

       Defendant(s)

CASE No C  4:25-cv-11073-HSG

STIPULATION AND ORDER
SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☒ **Private ADR** (*specify process and provider*)
  Private mediation.

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*

- ☒ other requested deadline: August 12, 2026

Date: April 14, 2026

*/s/ Matt Sahak*

Attorney for Plaintiff

Date: April 14, 2026

*/s/ Alexei Offill-Klein*

Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:  4/21/2026

U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*